1  KIRILL B. TARASENKO
   State Bar No. 283986
2  **TARASENKO LAW OFFICE**
   845 University Ave.
3  Sacramento, CA  95825
   Telephone:	888-878-0830
4  Facsimile:	916-848-3323

5  Attorney for Plaintiff
   ALINA VARFOLOMEEVA
6

7  PHILLIP A. TALBERT
   United States Attorney
8  JOSEPH B. FRUEH
   Assistant United States Attorneys
9  501 I Street, Suite 10-100
   Sacramento, CA 95814
10 E-mail:	joseph.frueh@usdoj.gov
   Telephone:	(916) 554-2702
11 Facsimile:	(916) 554-2900

12 Attorneys for Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA VARFOLOMEEVA,<br><br>                Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>                Defendant. | Case No. 2:17-cv-00599-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER ADOPTING PRIOR SCHEDULING ORDER, AS AMENDED** |

|   |   |   |
|---|---|---|
| 1 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that | |
| 2 | the Initial Pretrial Scheduling Order (ECF No. 3), as amended by the Stipulation and Order Modifying | |
| 3 | Pretrial Scheduling Order (ECF No. 7), be adopted and deemed effective for proceedings before the | |
| 4 | Honorable Magistrate Judge Carolyn K. Delaney. The reasons for this Stipulation are as follows: | |

1. The Honorable District Judge Morrison C. England entered the Initial Pretrial Scheduling Order in the above-captioned action on March 21, 2017.

2. The parties filed a Stipulation and Proposed Order Modifying the Initial Pretrial Scheduling Order on May 23, 2017, which Judge England approved and entered on May 25, 2017.

3. The parties consented to Magistrate Judge jurisdiction on May 25, 2017.

4. The above-captioned action was reassigned to Judge Delaney on June 1, 2017, and "[a]ll currently scheduled dates . . . set before Judge England [were thereby] VACATED." ECF No. 10, at 2.

5. The parties previously met and conferred pursuant to Rule 26(f) of the Federal Rules of Civil Procedure and Local Rule 240(b) to determine the schedule and other understandings entered by the Court on May 25, 2017, and the parties wish to continue litigating this action accordingly.

Dated: June 26, 2017          TARASENKO LAW OFFICE

By: /s/ *Kirill B. Tarasenko* (authorized on 6/26/2017)
KIRILL B. TARASENKO, ESQ.

Attorney for Plaintiff

Dated: June 28, 2017          PHILLIP A. TALBERT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED**

Dated: June 30, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

STIPULATION AND ~~PROPOSED~~ ORDER
ADOPTING PRIOR SCHEDULING ORDER, AS AMENDED

1