1  KIRILL B. TARASENKO
   State Bar No. 283986
2  **TARASENKO LAW OFFICE**
   845 University Ave.
3  Sacramento, CA  95825
   Telephone:   888-878-0830
4  Facsimile:   916-848-3323

5  Attorney for Plaintiff
   ALINA VARFOLOMEEVA

6

7  PHILLIP A. TALBERT
   United States Attorney
8  JOSEPH B. FRUEH
   Assistant United States Attorneys
9  501 I Street, Suite 10-100
   Sacramento, CA 95814
10 E-mail:    joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
11 Facsimile:  (916) 554-2900

12 Attorneys for Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA VARFOLOMEEVA,<br><br>             Plaintiff,<br><br>      v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 2:17-cv-00599-CKD<br><br>**STIPULATION AND PROPOSED ORDER RE: RULE 35 PHYSICAL EXAMINATION** |

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiff Alina Varfolomeeva will undergo a physical examination conducted by Dr. James Van den Bogaerde, M.D., at the U.C. Davis Sports Medicine Clinic located at **3301 C Street, Suite 1600, Sacramento, California, Zip Code 95816**. The examination will occur on  Nov. 3, 2017  (date), at    12 p.m.    (time). The examination will take approximately one hour to complete.

2. Dr. Van den Bogaerde will conduct a standard orthopedic examination to assess the injuries that Plaintiff attributes to the accident on November 19, 2014, to include her knees and spine. The examination will include a detailed medical history.

3. Plaintiff shall answer all inquiries made by Dr. Van den Bogaerde so that he can medically evaluate the nature, extent, and cause of Plaintiff's condition as well as her prognosis. Dr. Van den Bogaerde's inquiries shall be reasonably calculated to elicit information about the nature, extent, cause, and prognosis of Plaintiff's injuries.

4. Plaintiff will not be required to perform movements or exercises that cause her pain. Plaintiff shall inform Dr. Van den Bogaerde and stop any movements or exercises that cause her pain.

5. Plaintiff will not be required to sign an authorization, consent, or other forms for Dr. Van den Bogaerde other than those reporting her name, date of birth, age, height, and weight.

6. Plaintiff will not be required to provide any x-ray, imaging, electroencephalogram, electromyography, or myelogram.

7. Eduard Hairullin, a court certified Russian language interpreter, shall be present during the examination to facilitate communication between Plaintiff and Dr. Van den Bogaerde.

8. Dr. Van den Bogaerde will be the sole healthcare provider participating in the examination. Plaintiff may be accompanied by one non-attorney companion during the examination, who may create an audio recording of the examination, a copy of which shall be provided to Defendant. No other audiovisual recording of the examination will be permitted. Plaintiff's non-attorney companion will not participate in, obstruct, delay, or otherwise interfere with the examination.

9. Other than Dr. Van den Bogaerde, Mr. Hairullin, Plaintiff, and her non-attorney companion, no other observers will be permitted in the examination.

10. Dr. Van den Bogaerde shall receive a copy of this executed Stipulation as well as Plaintiff's Response to Defendant's Demand for Rule 35 Physical Examination dated October 6, 2017.

11. Defendant shall provide Plaintiff's counsel with a report of the examination consistent with Federal Rules of Civil Procedure 35(b) and 26(a)(2) and the Court's Scheduling Order.

12. The cost of the examination and interpreter shall be borne by the Defendant.

Dated: 10/24/2017 TARASENKO LAW OFFICE

By: /s/ *Kirill B. Tarasenko* (authorized on 10/24/2017)
KIRILL B. TARASENKO, ESQ.

Attorney for Plaintiff

Dated: October 30, 2017 PHILLIP A. TALBERT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant

**IT IS SO ORDERED**

Dated: October 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE