MᴄGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:      joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA VARFOLOMEEVA,<br><br>                    Plaintiff,<br><br>          v.<br><br>UNITED STATES OF AMERICA,<br><br>                    Defendant. | Case No. 2:17-cv-00599-CKD<br><br>[DISCOVERY MATTER—LOCAL RULE 251]<br><br>**DEFENDANT'S NOTICE OF MOTION AND MOTION TO COMPEL PLAINTIFF TO EXECUTE RELEASE FOR MEDICAL INFORMATION IN DMV RECORDS**<br><br><u>Hearing on Motion</u><br><br>Date:      March 7, 2018<br><br>Time:      10:00 a.m.<br><br>Location: Courtroom 24, Eighth Floor<br>              United States Courthouse<br>              501 I Street<br>              Sacramento, CA  95814 |

## NOTICE OF MOTION AND MOTION TO COMPEL

PLEASE TAKE NOTICE that on March 7, 2018, at 10:00 a.m., or as soon thereafter as it may be heard, Defendant United States of America will, and hereby does, move pursuant to Local Rule 251 and Federal Rule of Civil Procedure 37 for an order compelling Plaintiff Alina Varfolomeeva to execute a release for her medical information held by the California Department of Motor Vehicles, which includes her applications for a disability placard or plate.

This Motion will be made in Courtroom 24 of the United States Courthouse located at 501 I Street in Sacramento, California. An order compelling Plaintiff to execute the release is warranted because the information sought is non-privileged and relevant to the claims and defenses asserted in this personal injury case, in which Plaintiff alleges that she was rendered physically disabled when she was struck by an automobile on November 19, 2014. *See* Fed. R. Civ. P. 26(b)(1).

This Motion is based on this Notice of Motion and Motion; the Joint Statement Re: Discovery Disagreement and any exhibits thereto to be filed no later than February 28, 2018; the files and records in this case; and such other evidence or argument as the Court may consider.

Dated: February 14, 2018

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

By:    /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

Attorneys for Defendant
UNITED STATES OF AMERICA

NOTICE OF MOTION AND MOTION TO COMPEL                    1