1 KIRILL B. TARASENKO
  State Bar No. 283986
2 **TARASENKO LAW OFFICE**
  845 University Ave.
3 Sacramento, CA 95825
  Telephone: 888-878-0830
4 Facsimile: 916-848-3323

5 Attorney for Plaintiff
  ALINA VARFOLOMEEVA

6

7 McGREGOR W. SCOTT
  United States Attorney
8 JOSEPH B. FRUEH
  Assistant United States Attorneys
9 501 I Street, Suite 10-100
  Sacramento, CA 95814
10 E-mail: joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
11 Facsimile: (916) 554-2900

12 Attorneys for Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA VARFOLOMEEVA,<br><br>               Plaintiff,<br><br>        v.<br><br>UNITED STATES OF AMERICA,<br><br>               Defendant. | Case No. 2:17-cv-00599-CKD<br><br>**STIPULATION AND PROPOSED ORDER FOR CONTINUING HEARING ON DEFENDANT'S MOTION TO COMPEL (ECF No. 24)**<br><br>Current Hearing Date:    March 7, 2018<br><br>Proposed Hearing Date:   March 21, 2018 |

1 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the hearing on Defendant's Motion to Compel (ECF No. 24) currently scheduled for March 7, 2018, at 10:00 a.m., be continued to March 21, 2018, at 10:00 a.m. The reason for this stipulation is to accommodate the litigation schedule of Plaintiff's counsel in other matters.

Dated: February 26, 2018                TARASENKO LAW OFFICE

                                        By:   /s/ Kirill B. Tarasenko    (authorized on 2/26/2018)
                                              KIRILL B. TARASENKO, ESQ.

                                        Attorney for Plaintiff


Dated: February 27, 2018                McGREGOR W. SCOTT
                                        United States Attorney

                                        By:   /s/ Joseph B. Frueh
                                              JOSEPH B. FRUEH
                                              Assistant United States Attorney

                                        Attorneys for Defendant


**IT IS SO ORDERED**

Dated:  February 28, 2018

                                        _____
                                        CAROLYN K. DELANEY
                                        UNITED STATES MAGISTRATE JUDGE