McGREGOR W. SCOTT
United States Attorney
JOSEPH B. FRUEH
Assistant United States Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
E-mail:     joseph.frueh@usdoj.gov
Telephone: (916) 554-2702
Facsimile:  (916) 554-2900

Attorneys for Defendant
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA VARFOLOMEEVA,<br><br>                          Plaintiff,<br><br>                 v.<br><br>UNITED STATES OF AMERICA,<br><br>                          Defendant. | Case No. 2:17-cv-00599-CKD<br><br>**DECLARATION OF JOSEPH B. FRUEH IN SUPPORT OF DEFENDANT'S MOTION TO COMPEL PLAINTIFF TO EXECUTE RELEASE FOR MEDICAL INFORMATION IN DMV RECORDS, ECF No. 24** |

**DECLARATION OF JOSEPH B. FRUEH**

I, Joseph B. Frueh, hereby declare:

1.      I am an Assistant United States Attorney in the Civil Division of the United States Attorney's Office for the Eastern District of California, and I represent the United States in the above-captioned action.  I have personal knowledge of the following facts, and if called upon, I would truthfully testify as set forth below.

2.      Attached hereto as **Exhibit 1** is a true and correct copy of excerpts from the deposition of Plaintiff Alina Varfolomeeva taken on September 20, 2017.

3.      Attached hereto as **Exhibit 2** is a true and correct copy of records obtained via subpoena from the California Department of Motor Vehicles ("DMV") regarding Plaintiff Alina Varfolomeeva.

4.      Attached hereto as **Exhibit 3** is a true and correct copy of Application for Disabled Person Placard or Plates, California DMV Form REG 195, which is subject to judicial notice and available at https://www.dmv.ca.gov/portal/dmv/detail/forms/reg/reg195.  *See* Fed. R. Civ. 201(b).

5.      Attached hereto as **Exhibit 4** is a true and correct copy of the "Consent & Waiver for Release of Medical Information (VC 1808.5) in DMV Records" I provided to Plaintiff's counsel for execution on February 9, 2018.

6.      Attached hereto as **Exhibit 5** are e-mails between myself and Plaintiff's counsel from February 1 to February 14, 2018, regarding Defendant's request that Plaintiff execute a release for medical information that she submitted to the California DMV.  Counsel's discussions on matters unrelated to this issue have been redacted.

7.      Attached hereto as **Exhibit 6** is a true and correct copy of excerpts from Plaintiff's responses to Defendant's Requests for Production of Documents, which responses were served on July 21, 2017.  Plaintiff's responses did not identify any of the medical information or materials she submitted to DMV to obtain her disability placard.

///

///

///

///

Declaration of Joseph B. Frueh                    1

8.    Attached hereto as **Exhibit 7** is a true and correct copy of excerpts from Plaintiff's responses to Defendant's Interrogatories, which responses were served on July 21, 2017.  Defendant obtained records from the medical providers Plaintiff identified, but none of the records contained information or material submitted to the DMV for Plaintiff's disability placard.

I declare under penalty of perjury pursuant to 28 U.S.C. § 1746 that the foregoing is true and correct.

Executed this 14th day of March, 2018, at Sacramento, California.

/s/  *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney

DECLARATION OF JOSEPH B. FRUEH                    2