# EXHIBIT 2

# EXHIBIT 2

```
        D M V   VEHICLE   REGISTRATION   INFORMATION              00063

                                                 N1161   PAGE: 01


    OIS PUBLIC / COMMERCIAL OPS          LIST DATE: 09/06/17
    CASUAL REQUESTS                      ATTN: JS
    PO BX 944247                         INFO CODE: 3      V
    SACRAMENTO, CA 942472470

DATE/TIME OF RESPONSE: 09/06/17 12:01
LIC/VIN: ██████

REG VALID FROM: 06/30/17 TO 06/30/19
LIC#:███████  MAKE:DP BTM :PLACARD
VIN :DPPLACARD
B/D :████████  CLAS:
TYPE:N1 VEH :92 BODY:0 LOCD:1


OWNER ISS: 00/00/00
REG ISS: 04/19/17


R/O :VARFOLOMEEVA ALINA, ████ ███████
CITY██████████████     ZIP ████████

NO MAILING ADDRESS ON RECORD


CLEARANCE INFORMATION RECORDS:
OFFICE   WORK DATE    TECH/ID   SEQ #    VALUE    FICHE DATE    TTC
 673     09/23/14      23       0004   00000.00   00/00/00     E10
 DP1     04/02/15      03       4411   00000.00   00/00/00     POT
 DP1     04/11/17      04       0425   00000.00   00/00/00     POT
REC STATUS:

04/11/17 PREV LIC ████████


END OF DATA
```

