# EXHIBIT 4

# EXHIBIT 4

**Consent & Waiver for Release of Medical information (VC 1808.5) in DMV Records**

I, Alina Varfolomeeva, consent to the release of my medical information, and physical and mental condition(s) (if any) (Vehicle Code section 1808.5), contained in the records of the California Department of Motor Vehicles to the court, the parties, the attorneys of record, and/or any expert witnesses in the above-entitled action, and I waive any claims against the California Department of Motor Vehicles (DMV) for the release of my medical information, and physical and mental condition(s) (if any) (Vehicle Code section 1808.5), in connection with the subpoenas served upon the DMV for these proceedings.

Dated: _____      _____

Alina Varfolomeeva
D
D