1  KIRILL B. TARASENKO
   State Bar No. 283986
2  **TARASENKO LAW OFFICE**
   845 University Ave.
3  Sacramento, CA  95825
   Telephone:      888-878-0830
4  Facsimile:      916-848-3323

5  Attorney for Plaintiff
   ALINA VARFOLOMEEVA

6

7  McGREGOR W. SCOTT
   United States Attorney
8  JOSEPH B. FRUEH
   Assistant United States Attorneys
9  501 I Street, Suite 10-100
   Sacramento, CA 95814
10 E-mail:      joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
11 Facsimile:  (916) 554-2900

12 Attorneys for Defendant
   UNITED STATES OF AMERICA

13

14

15              IN THE UNITED STATES DISTRICT COURT

16              EASTERN DISTRICT OF CALIFORNIA

17

18 ALINA VARFOLOMEEVA,                    Case No. 2:17-cv-00599-CKD

19                      Plaintiff,        **STIPULATION AND ~~PROPOSED~~ ORDER
                                          FOR SETTLEMENT CONFERENCE**
20            v.

21 UNITED STATES OF AMERICA,

22                      Defendant.

23

24

25

26

27

28

IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that a Settlement Conference be scheduled in this matter before the Honorable Allison Claire. Judge Claire's chambers has confirmed her availability for the Settlement Conference on June 14, 2018, at 9:00 a.m.

Dated: May 8, 2018                                    TARASENKO LAW OFFICE

                                    By:    /s/ *Kirill B. Tarasenko*          (authorized 5/8/2018)
                                           KIRILL B. TARASENKO, ESQ.
                                           Attorney for Plaintiff

Dated: May 8, 2018                                    McGREGOR W. SCOTT
                                           United States Attorney

                                    By:    /s/ *Joseph B. Frueh*
                                           JOSEPH B. FRUEH
                                           Assistant United States Attorney
                                           Attorneys for Defendant

**IT IS SO ORDERED**

Dated:  May 9, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE