1  KIRILL B. TARASENKO
   State Bar No. 283986
2  **TARASENKO LAW OFFICE**
   845 University Ave.
3  Sacramento, CA  95825
   Telephone:     888-878-0830
4  Facsimile:     916-848-3323

5  Attorney for Plaintiff
   ALINA VARFOLOMEEVA
6

7  McGREGOR W. SCOTT
   United States Attorney
8  JOSEPH B. FRUEH
   Assistant United States Attorney
9  501 I Street, Suite 10-100
   Sacramento, CA 95814
10 E-mail:     joseph.frueh@usdoj.gov
   Telephone: (916) 554-2702
11 Facsimile:  (916) 554-2900

12 Attorneys for Defendant
   UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALINA VARFOLOMEEVA,<br><br>             Plaintiff,<br><br>     v.<br><br>UNITED STATES OF AMERICA,<br><br>             Defendant. | Case No. 2:17-cv-00599-CKD<br><br>**STIPULATION AND ~~PROPOSED~~ ORDER FOR VACATING SETTLEMENT CONFERENCE** |

1 | IT IS HEREBY STIPULATED, by and between the parties and subject to Court approval, that the Settlement Conference scheduled before the Honorable Allison Claire on June 14, 2018, be vacated. The parties have reached a settlement in principle and are working to finalize a written settlement agreement and dismiss this matter with prejudice.  Accordingly, the parties believe that the Settlement Conference is no longer necessary.

Dated: May 31, 2018  TARASENKO LAW OFFICE

By: /s/ *Kirill B. Tarasenko*   (authorized on 5/31/2018)
KIRILL B. TARASENKO, ESQ.
Attorney for Plaintiff

Dated: June 1, 2018  MCGREGOR W. SCOTT
United States Attorney

By: /s/ *Joseph B. Frueh*
JOSEPH B. FRUEH
Assistant United States Attorney
Attorneys for Defendant

**IT IS SO ORDERED**

Dated: June 4, 2018

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE